UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-02825-KMM-DJF

ANQI WANG,

Plaintiff,

v.

STEVEN G. RICE, *Field Office Director, U.S. Citizenship and Immigration Services, Minneapolis, MN;* KIKA SCOTT, *Acting Director, U.S. Citizenship and Immigration Services, Washington, D.C.;* KRISTI NOEM, *Secretary, Department of Homeland Security, Washington, D.C.;* PAMELA BONDI, *Attorney General, U.S. Department of Justice,*

Defendants.

**ORDER**

Pursuant to the Parties' Stipulation to Remand (ECF 6), and for good cause appearing:

1. This case is remanded to USCIS to issue its decision on Plaintiff's N-400 Application;

2. USCIS shall issue its decision on the N-400 Application within 14 days of this Order;

3. This case shall be dismissed without prejudice, with each party to bear its own costs, disbursements, and attorney's fees.

**IT IS SO ORDERED.**

Dated: July 29, 2025

*s/Katherine M. Menendez*
KATHERINE M. MENENDEZ
United States District Judge